IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIAMOND | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:23-cv-00361 |
| | ) |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER (UPMC) et al | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  August 22, 2024  .

The case (please check one):
       X    has resolved
     _____ has resolved in part (see below)
     _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated:  August 22, 2024       /s Kenneth J. Benson
                                            Signature of Neutral

Rev. 09/11